FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 14 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL V. ON; THUY T. LE, <br><br>Plaintiffs, <br><br>vs. <br><br>BANK OF AMERICA, N.A.; and DOES 1 through 10, Inclusive, <br><br>Defendants. | Case No.: SACV08-744 AG (ANx) <br><br>~~(PROPOSED)~~ JUDGMENT OF DISMISSAL <br><br>Complaint filed: July 8, 2008 |

On February 20, 2009, the Honorable Andrew J. Guilford granted Defendant Bank of America, N.A.'s motion to dismiss Plaintiffs Michael V. On's and Thuy T. Le's first amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(e) for failure to state a claim upon which relief can be granted. In addition, the Court granted Plaintiffs thirty (30) days leave to file a second amended complaint.

Plaintiffs having failed to file a second amended complaint on or before March 23, 2009, and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs' complaint is dismissed with prejudice due to Plaintiffs' failure to amend

pursuant to the Honorable Andrew J. Guilford's February 20, 2009 order. Plaintiffs are to recover nothing from Bank of America, N.A.

DATED: MAY 14, 2009

_____
HONORABLE ANDREW J. GUILFORD

11608/0324/723135.1

-2-

(Proposed) Judgment of Dismissal
Case No. SACV08-744 AG (ANx).

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the page of 18 and am not a party to this action. I am employed in the City of Irvine, California. My business address is Severson & Werson, 19100 Von Karman Avenue, Suite 700, Irvine, California 92612.

On the date below I served the within document(s) described as: **(PROPOSED) JUDGMENT OF DISMISSAL** on the interested parties in this action:

☒ by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s) ☒ addressed as follows:

Thuy T. Le                                  Plaintiffs in pro per
Michael V. On
12727 Pinehurst Court
Garden Grove, CA 92840

☒ **BY MAIL** (C.C.P. § 1013(a)) - I deposited such envelope(s) for processing in the mail room in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 7, 2009, at Irvine, California.

By: _____
LINDA D. OWEN